Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Mr. Rojo-Llamoza

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00114-SI-1 |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL IN SUPPORT OF FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| CESAR ANDRES ROJO-LLAMOZA, | |
| Defendant. | |

I, Anna Belesiotis, declare:

1. I am the attorney appointed to represent Cesar Andres Rojo-Llamoza, in the above-entitled case.

2. A jury trial in this case is currently scheduled for May 27, 2025. Mr. Rojo-Llamoza was arraigned on March 20, 2025. No prior continuance has been sought by the defense.

3. Additional time is needed for the defense to investigate this case and meet with Mr. Rojo-Llamoza. Mr. Rojo-Llamoza respectfully requests that this Court continue his case for a period of approximately 91 days or more to accomplish this task.

4. I have discussed with Mr. Rojo-Llamoza his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Kate Rochat has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Portland, Oregon.

Dated: April 29, 2025.

/s/ *Anna Belesiotis*
Anna Belesiotis, CA SBN 272710
Attorney for Mr. Rojo-Llamoza