Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Mr. Rojo-Llamoza

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR ANDRES ROJO-LLAMOZA,<br><br>Defendant. | Case No. 3:25-cr-00114-SI-1<br><br>DECLARATION OF COUNSEL IN SUPPORT OF SECOND UNOPPOSED MOTION TO CONTINUE TRIAL |

I, Anna Belesiotis, declare:

1. I am the attorney appointed to represent Cesar Andres Rojo-Llamoza, in the above-entitled case.

2. A jury trial in this case is currently scheduled for August 26, 2025. Mr. Rojo-Llamoza was arraigned on March 20, 2025. One prior continuance has been sought by the defense.

3. This is the defendant's second request to continue the trial in this matter. Defense is close to finalizing its motion to dismiss in this case and anticipates filing within the next couple weeks. Thus, defense would request the soonest available trial date that is available to allow for decision on pretrial motions.

PAGE 1 – DECLARATION OF COUNSEL IN SUPPORT OF SECOND UNOPPOSED MOTION TO CONTINUE TRIAL

4. I have discussed with Mr. Rojo-Llamoza his right to a speedy trial. He agrees to the continuance and knows it will result in excludable delay under the provisions of 18 U.S.C. § 3161(h)(7)(A) of the Speedy Trial Act.

5. Assistant United States Attorney Kate Rochat has no objection to this motion.

6. I make this motion in good faith and not for the purpose of delay.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed in Portland, Oregon.

Dated: July 29, 2025.

/s/ Anna Belesiotis
Anna Belesiotis, CA SBN 272710
Attorney for Mr. Rojo-Llamoza