

**U.S. Department of Labor**
Office of Workers' Compensation Programs

### Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation

| | Trans Date |
|---|---|
| ECN 22645738 | |
| NLT/First Aid Claim Completed | 02/03/2025 |
| Filer  melvin.c.dietz@ice.dhs.gov | 02/03/2025 |
| Supv.  chatham.l.mccutcheon@ice.dhs.gov | 02/03/2025 |
| AR  Bonty.H.Wong@ice.dhs.gov | 02/03/2025 |

**Employee:** Please complete all boxes 1 - 15 below. Do not complete shaded areas.
**Witness:** Complete bottom section 16.
**Employing Agency** (Supervisor or Compensation Specialist): Complete shaded boxes a, b, and c.

### Employee Data

1. Name of employee (Last, First, Middle)
Dietz, Melvin, Curtis

1a. Email address
melvin.c.dietz@ice.dhs.gov

2. Social Security Number

3. Date of birth  Mo. Day Yr.
1975

4. Sex
Male

5. Home telephone

6. Grade as of date of injury    Level 12    Step 6

7. Employee's home mailing address (include street address, city, state, and ZIP code)

City     State     ZIP Code

8. Dependents
[X] Wife, Husband
[ ] Children under 18 years
[ ] Other

### Description of Injury

9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)
Subjects Appartment, 15847 SE Stark Street, Portland, OR, 97233

10. Date injury occurred
Mo. Day Yr.
February 2, 2025

Time
12:00  [ ] a.m.  [✓] p.m.

11. Date of this notice
Mo. Day Yr.
February 3, 2025

12. Employee's occupation
GENERAL INSPECTION, INVESTIGATION, AND COMPLIANCE

13. Cause of injury (Describe what happened and why)
Subject resisted arrest and officers and subject went to the ground, asphalt parking lot.

14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)

Scraped right knee and left elbow. Cuts/Tears on left top of hand below pinkie finger, left pointer finger near fingernail, m

a. Occupation code
1801

b. Type code    c. Source code
440             0940

OWCP Use - NOI Code
TN

### Employee Signature

15. I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

[ ] a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

[ ] b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Worker's Compensation Program (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

Signature of employee or person acting on his/her behalf  Melvin Curtis Dietz          Date February 3, 2025

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete this receipt attached to this form and return it to you for your records.**

### Witness Statement

16. Statement of witness (Describe what you saw, heard, or know about this injury)

| Name of witness | Signature of witness | Date signed | |
|---|---|---|---|
| Chatham McCutcheon | | | |
| Address | City | State | ZIP Code |
| 4310 S Macadam Ave | Portland | OR | 97239 |

If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodations and/or modifications, please contact OWCP.

Form CA-1
Revised October 2018

ROJO_0000015

Official Supervisor's Report: Please complete information requested below:

**Supervisor's Report**

| 17. Agency name and address of reporting office (include street address, city, state, and ZIP code) | OWCP Agency Code |
|---|---|
| ICE/ERO | 4819-3T |
| 4310 S Macadam Avenue | OSHA Site Code |

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97239 |

| 18. Employee's duty station (include street address, city, state and ZIP code) | City | State | ZIP Code |
|---|---|---|---|
| 12500 TUKWILA INT'L BOULEVARD | SEATTLE | | |

19. Employee's retirement coverage   [ ] CSRS   [✓] FERS   [ ] Other, (identify)

20. Regular work hours   From: 06:00 [✓] a.m. [ ] p.m.   To: 02:00 [ ] a.m. [✓] p.m.
21. Regular work schedule: [ ] Sun. [X] Mon. [X] Tues. [X] Wed. [X] Thurs. [X] Fri. [ ] Sat.

| 22. Date of Injury | 23. Date notice received | 24. Date stopped work | Time: | [ ] a.m. [ ] p.m. |
|---|---|---|---|---|
| Mo. Day Yr. February 2, 2025 | Mo. Day Yr. February 3, 2025 | Mo. Day Yr. | | |

| 25. Date pay stopped | 26. Date 45 day period began | 27. Date returned to work | Time: 05:30 | [✓] a.m. [ ] p.m. |
|---|---|---|---|---|
| Mo. Day Yr. | Mo. Day Yr. | Mo. Day Yr. February 3, 2025 | | |

28. Was employee injured in performance of duty?   [✓] Yes   [ ] No (If "No," explain)

29. Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another?   [ ] Yes (If "Yes," explain)   [✓] No

| 30. Was injury caused by third party? | 31. Name and address of third party (include street address, city, state, and ZIP code) |
|---|---|
| [✓] Yes   [ ] No (If "No," go to Item 32,) | CESAR ANDRES ROJO LLAMOZA |
| | City    State    ZIP Code |

| 32. Name and address of physician first providing medical care (include street address, city, state, ZIP code) | 33. First date medical care received | Mo. Day Yr. |
|---|---|---|
| City    State    ZIP Code | 34. Do medical reports show employee is disabled for work? | [ ] Yes [✓] No |

35. Does your knowledge of the facts about this injury agree with statements of the employee and/or witnesses?   [✓] Yes   [ ] No (If "No," explain)

| 36. If the employing agency controverts continuation of pay, state the reason in detail. | 37. Pay rate when employee stopped work |
|---|---|
| | Per |

**Signature of Supervisor and Filing Instructions**

38. A supervisor who knowingly certifies to any false statement, misrepresentation concealment of fact, etc. in respect of this claim may also be subject to appropriate felony criminal prosecution. I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

| Name of supervisor (Type or print) | |
|---|---|
| Chatham McCutcheon | |
| Signature of supervisor | Date |
| Chatham McCutcheon | February 3, 2025 |
| Supervisor's Title | Office phone |
| Supervisory Detention and Deportation Officer | (503) 326-3552 |

39. Filing instructions
   [ ] No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D)
   [ ] No lost time, medical expense incurred or expected: forward this form to OWCP
   [ ] Lost time covered by leave, LWOP, or COP: forward this form to OWCP
   [✓] First Aid Injury

Form CA-1
Revised October 2018
Page 2

ROJO_0000016



**U.S. Department of Labor**
Office of Workers' Compensation Programs

### Federal Employee's Notice of Traumatic Injury and Claim for Continuation of Pay/Compensation

| | | |
|---|---|---|
| ECN 22647491 | | Trans Date |
| Submitted to DFEC | | 02/03/2025 |
| Filer | julie.peay@ice.dhs.gov | 02/03/2025 |
| Supv. | amber.r.wigant@hsi.dhs.gov | 02/03/2025 |
| AR | Maria.C.Rivera@hsi.dhs.gov | 02/03/2025 |

**Employee:** Please complete all boxes 1 - 15 below. Do not complete shaded areas.
**Witness:** Complete bottom section 16.
**Employing Agency (Supervisor or Compensation Specialist):** Complete shaded boxes a, b, and c.

#### Employee Data

**1. Name of employee (Last, First, Middle)**
Peay, Julie, Shipler

**1a. Email address**
julie.peay@ice.dhs.gov

**2. Social Security Number**

**3. Date of birth  Mo. Day Yr.**
1973

**4. Sex**
Female

**5. Home telephone**

**6. Grade as of date of injury**
Level 13   Step 10

**7. Employee's home mailing address (include street address, city, state, and ZIP code)**

City            State    ZIP Code

**8. Dependents**
[X] Wife, Husband
[X] Children under 18 years
[ ] Other

#### Description of Injury

**9. Place where injury occurred (e.g. 2nd floor, Main Post Office Bldg., 12th & Pine)**
parking lot of apartment complex, 15847 SE Stark Street, Portland, OR, 97233

**10. Date injury occurred**
Mo. Day Yr.
February 2, 2025

**Time** 12:30 [ ] a.m. [✓] p.m.

**11. Date of this notice**
Mo. Day Yr.
February 3, 2025

**12. Employee's occupation**
CRIMINAL INVESTIGATING

**13. Cause of injury (Describe what happened and why)**
During an arrest, suspect attempted to escape and everyone involved fell to the ground during the struggle.

**14. Nature of injury (identify both the injury and the part of the body, e.g., fracture of left leg)**
Strained lower back and left shoulder, bruises and abrasions to both knees and right elbow, bruises to knuckles on right

a. Occupation code
1811

b. Type code  510
c. Source code  0110

OWCP Use - NOI Code
T8

#### Employee Signature

**15.** I certify, under penalty of law, that the injury described above was sustained in performance of duty as an employee of the United States Government and that it was not caused by my willful misconduct, intent to injure myself or another person, nor by my intoxication. I hereby claim medical treatment, if needed, and the following, as checked below, while disabled for work:

[X] a. Continuation of regular pay (COP) not to exceed 45 days and compensation for wage loss if disability for work continues beyond 45 days. If my claim is denied, I understand that the continuation of my regular pay shall be charged to sick or annual leave, or be deemed an overpayment within the meaning of 5 USC 5584.

[ ] b. Sick and/or Annual Leave

I hereby authorize any physician or hospital (or any other person, institution, corporation, or government agency) to furnish any desired information to the U.S. Department of Labor, Office of Worker's Compensation Program (or to its official representative). This authorization also permits any official representative of the Office to examine and to copy any records concerning me.

**Signature of employee or person acting on his/her behalf** Julie Shipler Peay       **Date** February 3, 2025

Any person who knowingly makes any false statement, misrepresentation, concealment of fact or any other act of fraud to obtain compensation as provided by the FECA or who knowingly accepts compensation to which that person is not entitled is subject to civil or administrative remedies as well as felony criminal prosecution and may, under appropriate criminal provisions, be punished by a fine or imprisonment or both.

**Have your supervisor complete this receipt attached to this form and return it to you for your records.**

#### Witness Statement

**16. Statement of witness (Describe what you saw, heard, or know about this injury)**

| Name of witness | Signature of witness | Date signed |
|---|---|---|
| Address | City | State   ZIP Code |
| | | OR |

If you have a disability and are in need of communication assistance (such as alternate formats or sign language interpretation), accommodations and/or modifications, please contact OWCP.

Form CA-1
Revised October 2018

ROJO_0000027

**Official Supervisor's Report:** Please complete information requested below:

**Supervisor's Report**

| 17. Agency name and address of reporting office (include street address, city, state, and ZIP code) | OWCP Agency Code |
|---|---|
| Immigration and Customs Enforcement<br>4310 S Macadam | 4819-2V |
| | OSHA Site Code |

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97239 |

| 18. Employee's duty station (include street address, city, state and ZIP code) | City | State | ZIP Code |
|---|---|---|---|
| 1000 2ND AVENUE, SUITE #2300 | SEATTLE | WA | |

| 19 Employee's retirement coverage | [✓] CSRS | [ ] FERS | [ ] Other, (identify) |
|---|---|---|---|

| 20. Regular work hours | From: [ ] a.m. [ ] p.m. | To: [ ] a.m. [ ] p.m. | 21. Regular work schedule | [ ] Sun. [ ] Mon. [ ] Tues. [ ] Wed. [ ] Thurs. [ ] Fri. [ ] Sat. |
|---|---|---|---|---|

| 22. Date of Injury | 23. Date notice received | 24. Date stopped work | | |
|---|---|---|---|---|
| Mo. Day Yr.<br>February 2, 2025 | Mo. Day Yr.<br>February 3, 2025 | Mo. Day Yr. | Time: | [ ] a.m.<br>[ ] p.m. |

| 25. Date pay stopped | 26. Date 45 day period began | 27. Date returned to work | | |
|---|---|---|---|---|
| Mo. Day Yr. | Mo. Day Yr. | Mo. Day Yr. | Time: | [ ] a.m.<br>[ ] p.m. |

| 28. Was employee injured in performance of duty? | [✓] Yes | [ ] No (If "No," explain) |
|---|---|---|

| 29. Was injury caused by employee's willful misconduct, intoxication, or intent to injure self or another? | [ ] Yes (If "Yes," explain) | [✓] No |
|---|---|---|

| 30. Was injury caused by third party? | 31. Name and address of third party (include street address, city, state, and ZIP code) |
|---|---|
| [✓] Yes  [ ] No (If "No," go to Item 32,) | Cesar Andres ROJO-Llamoza, 15847 SE Stark Apt 35 |

| City | State | ZIP Code |
|---|---|---|
| Portland | OR | 97233 |

| 32. Name and address of physician first providing medical care (include street address, city, state, ZIP code) | 33. First date medical care received | Mo. Day Yr. |
|---|---|---|

| City | State | ZIP Code | 34. Do medical reports show employee is disabled for work? | [ ] Yes [✓] No |
|---|---|---|---|---|

| 35. Does your knowledge of the facts about this injury agree with statements of the employee and/or witnesses? | [✓] Yes | [ ] No (If "No," explain) |
|---|---|---|

| 36. If the employing agency controverts continuation of pay, state the reason in detail. | 37. Pay rate when employee stopped work<br>Per |
|---|---|

**Signature of Supervisor and Filing Instructions**

38. A supervisor who knowingly certifies to any false statement, misrepresentation concealment of fact, etc. in respect of this claim may also be subject to appropriate felony criminal prosecution. I certify that the information given above and that furnished by the employee on the reverse of this form is true to the best of my knowledge with the following exception:

| Name of supervisor (Type or print) | |
|---|---|
| Amber Wigant | |
| Signature of supervisor | Date |
| Amber Wigant | February 3, 2025 |
| Supervisor's Title | Office phone |
| Supervisory Special Agent | (630) 951-5338 |

| 39. Filing instructions | |
|---|---|
| | [ ] No lost time and no medical expense: Place this form in employee's medical folder (SF-66-D) |
| | [✓] No lost time, medical expense incurred or expected: forward this form to OWCP |
| | [ ] Lost time covered by leave, LWOP, or COP: forward this form to OWCP |
| | [ ] First Aid Injury |

Form CA-1
Revised October 2018
Page 2

ROJO_0000028