Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Mr. Rojo-Llamoza

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00114-SI-1 |
| Plaintiff, | |
| v. | DECLARATION OF TIHANNE K. MAR-SHALL IN SUPPORT OF MOTION TO DISMISS |
| CESAR ANDRES ROJO-LLAMOZA, | |
| Defendant. | |

I, Tihanne K. Mar-Shall, Assistant Federal Public Defender, declare:

1.      On March 20, 2025, I met with Mr. Rojo-Llamoza in U.S. Marshall lock up.

2.      During that meeting, I asked Mr. Rojo-Llamoza if he had any injuries that we should document.

3.      However, since I met with Mr. Rojo-Llamoza two months after the incident, I did not observe any physical injuries on him.

4.      Had I noticed any visible injuries on Mr. Rojo-Llamoza, I would have asked the duty investigator to photograph him in U.S. Marshall lock up to document the injuries.

Page 1 - Declaration of Tihanne K. Mar-Shall in Suppport of Motion to Dismiss

**Exhibit F**                                                                                          **Page 1 of 2**

I declare under penalty of perjury under the laws of the United States that the foregoing is

true and correct to the best of my knowledge and belief and that this declaration was executed on

August 25, 2025, in Portland, Oregon.

/s/ Tihanne K. Mar-Shall
Tihanne K. Mar-Shall, OSB No. 224504

Page 2 - Declaration of Tihanne K. Mar-Shall in Suppport of Motion to Dismiss

**Exhibit F**                                                                                    **Page 2 of 2**