

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**LASALLE IMMIGRATION COURT**

Respondent Name:

    ROJO LLAMOZA, CESAR ANDRES

To:

    ROJO LLAMOZA, CESAR ANDRES
    26362 HIGHWAY 15
    FERRIDAY, LA 71334

A-Number:
249072372
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
09/10/2024

## ORDER OF THE IMMIGRATION JUDGE

    Based upon Respondent's admissions and concessions, the immigration court finds that Respondent is removable/inadmissible as charged in the Notice to Appear. Further, Respondent has made no application(s) for relief from removal under 8 C.F.R. § 1240.11.

**Order:** Respondent shall be removed to Venezuela or in the alternative to on the charge(s) contained in the Notice to Appear.

<u>Failure to Depart</u>: If Respondent is subject to a final order of removal and willfully fails or refuses to depart from the United States pursuant to the order, to make timely application in good faith for travel or other documents necessary to depart the United States, to present himself or herself at the time and place required for removal by the DHS, or conspires to or takes any action designed to prevent or hamper Respondent's departure pursuant to the order of removal, Respondent shall be subject to a civil monetary penalty for each day Respondent is in violation, pursuant to INA § 274D(a) and 8 C.F.R. § 280.53(b)(14). If Respondent is removable pursuant to INA § 237(a), then he or she shall be further fined or imprisoned for up to 10 years. See INA § 243(a)(1).



Immigration Judge: JACOBS, RICHARD 09/10/2024

Appeal:  Department of Homeland Security:  ☑ waived   ☐ reserved
         Respondent:                        ☑ waived   ☐ reserved
Appeal Due:

## Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ M ] Noncitizen c/o custodial officer | [ ] Noncitizen's atty/rep. | [ M ] DHS
Respondent Name : ROJO LLAMOZA, CESAR ANDRES | A-Number : 249072372
Riders:
Date: 09/10/2024 By: MICHIE, SAMANTHA, Court Staff