

# Venezuela frees 6 Americans after meeting between Maduro and senior Trump official

World   Updated on Jan 31, 2025 8:00 PM EDT — Published on Jan 31, 2025 12:37 PM EDT

CARACAS, Venezuela (AP) — Six Americans who had been detained in Venezuela in recent months were freed by the government of President Nicolás Maduro after he met Friday with a senior Trump administration official.

U.S. President Donald Trump and his envoy for special missions, Richard Grenell, announced the release of the six men on social media. Grenell posted on X a photo showing him and the men aboard an aircraft.

Grenell's hours long trip to Venezuela, according to the White House, was focused on Trump's efforts to deport Venezuelans back to their home country, which currently does not accept them, and on the release of the detained Americans.

READ MORE: Some immigrants are already leaving the U.S. in 'self-deportations' as Trump's threats loom

"We are wheels up and headed home with these 6 American citizens," Grenell wrote on X. "They just spoke to @realDonaldTrump and they couldn't stop thanking him."

The visit by Grenell came as a shock to many Venezuelans who hoped that Trump would continue the "maximum pressure" campaign he pursued against the authoritarian Venezuelan leader during his first term.

Mauricio Claver-Carone, Trump's special envoy to Latin America, previewed Grenell's visit to Caracas in a conference call with journalists on Friday. He said Grenell, who served as U.S. Ambassador to Germany and acting director of national intelligence during Trump's first term, was in Venezuela on a "very specific mission" that in no way detracts from the Trump administration's goal of restoring democracy in the South American nation.

"I would urge the Maduro government, the Maduro regime in Venezuela, to heed special envoy Ric Grenell's message," said Claver-Carone, himself a former top national security aide to Trump during his first administration. "Ultimately there will be consequences otherwise."

The visit comes less than a month after Maduro was sworn in for a third six-year term despite credible evidence that he lost last year's election by a more than 2-to-1 margin. The U.S. government, along with several other Western nations, does not recognize Maduro's claim to victory and instead point to tally sheets collected by the opposition coalition showing that its candidate, Edmundo González, won by a more than a two-to-one margin.

Venezuelan state television aired footage of Grenell and Maduro speaking in the Miraflores Palace in Caracas, the capital, and said the meeting had been requested by the U.S. government.

Signing an executive order in the Oval Office on Friday, Trump was asked if Grenell being filmed meeting with Maduro lent legitimacy to an administration that the Trump White House hasn't official recognized.

"No. We want to do something with Venezuela. I've been a very big opponent of Venezuela and Maduro," Trump responded. "They've treated us not so good, but they've treated, more importantly, the Venezuelan people, very badly."

Trump added that Grenell is "meeting with a lot of different people, but we're for the people of Venezuela."

Some Republicans criticized the visit.

"This is terrible timing," said Elliott Abrams, who served as special envoy to Venezuela and Iran during the first Trump administration. "A meeting with Maduro will be used by him to legitimize his rule and show that the Americans recognize him as president. If the purpose is to deliver a tough message about migration issues, the president could've done that himself. There was no need to send someone to Caracas."

The dispute over the election results sparked nationwide protests. More than 2,200 people were arrested during and after the demonstrations.

Among those detained are as many as 10 Americans who the government has linked to alleged plots to destabilize the country. One is a Navy SEAL. Neither the White House nor Maduro's government immediately released the names of the six who were freed Friday.

**WATCH: Envoy for hostage affairs describes efforts to free Americans detained abroad**

The Trump administration has taken a slew of actions to make good on promises to crack down on illegal immigration and carry out the largest mass deportation effort in U.S. history.

Those measures include the revocation earlier this week of a Biden administration decision that would have protected roughly 600,000 people from Venezuela from deportation, putting some at risk of being removed from the country in about two months.

White House press secretary Karoline Leavitt told reporters Friday that Trump had instructed Grenell to "identify a place and ensure that repatriation flights" carrying Venezuelans, including members of the Tren de Aragua criminal organization, "land in Venezuela." She said Trump also ordered Grenell to "ensure that all U.S. detainees in Venezuela are returned home."

More than 7.7 million Venezuelans have left their home country since 2013, when its economy unraveled and Maduro first took office. Most settled in Latin America and the Caribbean, but after the pandemic, migrants increasingly set their sights on the U.S.

Venezuelans' desire for better living conditions and their rejection of Maduro and his policies are expected to keep pushing people to emigrate.

Ahead of the presidential election, polls indicated that a third of Venezuelans wanted to leave the country, with almost a quarter of the population thinking about migrating to the U.S.

Grenell has reached out to Maduro before on behalf of Trump to discuss a prisoner exchange or other concessions but returned home empty handed.

In 2020, he traveled to Mexico City on behalf of the first Trump administration for what was supposed to be a secret meeting with a top Maduro aide. The back channel talks took place shortly after the U.S. Justice Department indicted Maduro on narcoterrorism charges and businessman Alex Saab, a close ally of the Venezuelan president, was arrested in Africa on a U.S. warrant and extradited.

No deal was struck and news of the meeting was leaked, angering Maduro, who canceled additional talks in Caracas, although Grenell has always denied he was negotiating on behalf of Trump.

Later, in December 2023, the Biden administration exchanged Saab for 10 Americans as part of a policy to re-engage Maduro ahead of presidential elections.



We use cookies to enhance your web experience, measure our audience, and collect useful information that allows PBS and our partners to tailor our marketing efforts. Click Cookie Settings to set your preferences or view more in our **Privacy Policy**

**Accept Cookies**

**Reject Optional Cookies**

**Cookie Settings**

Goodman reported from Miami. Associated Press writer Will Weissert contributed to this report from Washington.

## We're not going anywhere.

Stand up for truly independent, trusted news that you can count on!



Donate now →

By — Regina Garcia Cano, Associated Press

By — Joshua Goodman, Associated Press

We use cookies to enhance your web experience, measure our audience, and collect useful information that allows PBS and our partners to tailor our marketing efforts. Click Cookie Settings to set your preferences or view more in our Privacy Policy