Watch Live   Subscribe  Sign In

Home · News · Sport · Business · Innovation · Culture · Arts · Travel · Earth · Audio · Video · Live

# Trump says Venezuela will accept migrants returned from US

1 February 2025                                                                       Share   Save

**Robert Plummer** BBC News



Reuters

Venezuelan state media said Maduro's discussions with Grenell had been respectful

Donald Trump said in a Truth Social post on Saturday that Venezuela had agreed to take back migrants who had come to the United States illegally.

The announcement came after a meeting between President Nicolás Maduro and a senior Trump administration official, Richard Grenell, that led to the release of six US detainees held in Venezuela.

"Venezuela has agreed to receive, back into their Country, all Venezuela illegal aliens who were encamped in the U.S., including gang members of Tren de Aragua," Trump wrote. "Venezuela has further agreed to supply the transportation back."

Venezuela has not independently announced the deal.

ADVERTISEMENT

The BBC has contacted Venezuela's mission to the United Nations for comment.

- Venezuela's Maduro sworn in for third term after contested elections
- US announces $25m reward for arrest of Venezuela's Maduro
- 'I thought I was going to die': Jailed Venezuelan activist

ADVERTISEMENT

A statement issued by the Venezuelan government said that migration was among the topics discussed by Grenell and Maduro, according to the Venezuelan state-sponsored broadcaster TeleSUR.

The earlier release of the six US detainees was announced on social media by Trump and Grenell. Their names have not been made public.

Grenell did not name the six men, who were seen dressed in light blue outfits used by the Venezuelan prison system.

At least nine people with US citizenship or residency are believed to be among more than 2,200 detained by Venezuelan authorities following nationwide protests over the disputed July 2024 election results, in which Maduro claimed victory.

His re-election was widely rejected by the opposition and international community, including the US. He was sworn in for his third term last month.

"We are wheels up and headed home with these 6 American citizens," Grenell posted on X. "They just spoke to @realDonaldTrump and they couldn't stop thanking him."

Trump hailed the move in a separate post, saying Grenell was bringing the six "home from Venezuela".

Venezuelan state media said the discussions with President Trump's envoy had been respectful.

After the meeting, Maduro said the talks had had "zero agenda" and that he sought a "new beginning in bilateral relations" with the US.

However, White House press secretary Karoline Leavitt said earlier on Friday that Grenell's visit did not mean US recognition of Maduro as Venezuela's legitimate leader.

Nicolás Maduro    Venezuela    United States

**RELATED**

US destroys alleged Venezuelan drug boat, killing three

Trump says Venezuelan jets will be shot down if they endanger US ships

What is Trump's goal as US bombs 'Venezuela drugs boat' and deploys warships?

**MORE FROM THE BBC**

17 mins ago

### America's unofficial party house where presidents like Trump stay in London

The ambassador's residence in central London has a colourful history and may be on Trump's itinerary.



17 mins ago

48 mins ago

### Donald Trump's second UK state visit: Here's what we know

US President Donald Trump and his wife Melania are coming to the UK for an unprecedented second state visit.



48 mins ago

1 hr ago

### Charlie Kirk suspect said he 'had enough of his hatred', prosecutors allege

The 22-year-old, who is charged with murder, also allegedly hid a confession under a keyboard for his roommate to discover.



1 hr ago

1 hr ago

### Who is Tyler Robinson, the suspect in custody for shooting Charlie Kirk?

The 22-year-old man from Utah is set to appear in court on Tuesday to face formal charges over the killing.



1 hr ago

1 hr ago

### Kash Patel's combative Senate hearing: key takeaways

Patel shrugged off any criticism of his handling of the bureau and clashed with Democratic lawmakers.



1 hr ago

Case 3:25-cr-00114-SI    Document 23-3    Filed 09/22/25    Page 4 of 8


**BBC**

Home | News | Sport | Business | Innovation | Culture | Arts | Travel | Earth | Audio | Video | Live | Weather | BBC Shop | BritBox

BBC in other languages ▼

Follow BBC on:    X    Facebook    Instagram    TikTok    LinkedIn    YouTube

Terms of Use   About the BBC   Privacy Policy   Cookies   Accessibility Help   Contact the BBC   Advertise with us   Do not share or sell my info   BBC.com Help & FAQs   Content Index

Copyright 2025 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**


# US deportations to Venezuela resume after dispute

24 March 2025

Share  Save

Vanessa Buschschlüter  BBC News



Reuters

The deportees arrived in the early hours of Monday

A flight carrying 199 Venezuelans deported from the US to their homeland has landed at Simón Bolívar airport near Caracas.

US repatriation flights to Venezuela had ground to a halt weeks ago after the Trump administration revoked a licence allowing Venezuela to export some of its oil to the US despite sanctions.

But on Saturday the two governments, which have no diplomatic relations, reached an agreement on resuming the flights, as part of the Trump administration's plan to remove undocumented migrants.

Venezuelan President Nicolás Maduro described the flights as a chance to "rescue and free migrants from prisons in the US".

ADVERTISEMENT

As they disembarked from the plane early on Monday, some of the deportees raised their arms and waved.

They had earlier been transferred from the US state of Texas to Honduras, in Central America, from where they were flown by Venezuelan flag carrier Conviasa to Maiquetía, north of Caracas.

The US Bureau of Western Hemisphere Affairs described them as "illegal aliens" who "had no basis to remain in the United States".

The head of Venezuela's National Assembly, Jorge Rodríguez, on the other hand stressed on Saturday that migration was "not a crime".

Venezuela had originally agreed to take in Venezuelan deportees from the US in a deal struck by President Donald Trump's special envoy, Richard Grenell, in Caracas in January.

It was widely seen as a victory for Trump, who has made deporting undocumented migrants a priority.

However, Maduro said on 8 March that the US administration's decision to revoke the licence of oil giant Chevron to operate in Venezuela had created "a little problem".

"They damaged the line of communication we had opened, and I was interested in those lines of communication... because I wanted to bring home all the Venezuelans they have in custody they have unjustly persecuted," he said.

A week later, the Trump administration deported 238 Venezuelans to a mega-prison in El Salvador, arguing that they were members of the Tren de Aragua criminal gang.

It caused an outcry in Venezuela, where several relatives of those deported to El Salvador insisted their loved ones had no criminal connections.

- 'It's him, it's him!' - Mother spots son deported from US in mega-prison

On Monday, Trump said on Truth Social that Venezuela "has been very hostile to the United States".

He said its government "purposefully and deceitfully sent to the United States, undercover, tens of thousands of high level, and other, criminals, many of whom are murderers and people of a very violent nature."

He also announced a "secondary tariff" on Venezuela, meaning that any country purchasing oil and gas from Venezuela would be hit with a 25% tariff when trading with the United States.

The deportation of Venezuelans to El Salvador's feared Cecot prison was followed by a warning posted on X by US Secretary of State Marco Rubio last week that Venezuela

would face "severe and escalating" sanctions if it refused to accept its citizens deported from the US.

The following day, Maduro ordered his government to "step up the action needed to guarantee return flights for detained migrants".

**Venezuela to resume repatriation of migrants after deal with US**
**What is the 1798 law that Trump used to deport migrants?**
**Trump says judge in migrant deportations case is 'Grandstander'**

Deportation   Nicolás Maduro   Venezuela   US immigration   United States   Migration

**RELATED**

What happened in Bad Wurzach in World War Two?

Costa Rican court orders release of migrants deported from US

'The stranger who raped me shouldn't be deported early'

**MORE FROM THE BBC**

15 mins ago

### America's unofficial party house where presidents like Trump stay in London

The ambassador's residence in central London has a colourful history and may be on Trump's itinerary.

15 mins ago



45 mins ago

### Donald Trump's second UK state visit: Here's what we know

US President Donald Trump and his wife Melania are coming to the UK for an unprecedented second state visit.

45 mins ago



1 hr ago

### Charlie Kirk suspect said he 'had enough of his hatred', prosecutors allege

The 22-year-old, who is charged with murder, also allegedly hid a confession under a keyboard for his roommate to discover.

1 hr ago



1 hr ago

### Who is Tyler Robinson, the suspect in custody for shooting Charlie Kirk?

The 22-year-old man from Utah is set to appear in court on Tuesday to face formal charges over the killing.

1 hr ago



1 hr ago

### Kash Patel's combative Senate hearing: key takeaways

Patel shrugged off any criticism of his handling of the bureau and clashed with Democratic lawmakers.



1 hr ago



| Home | News | Sport | Business | Innovation | Culture | Arts | Travel | Earth | Audio | Video | Live | Weather | BBC Shop | BritBox |

BBC in other languages

Follow BBC on:

| Terms of Use | About the BBC | Privacy Policy | Cookies | Accessibility Help | Contact the BBC | Advertise with us | Do not share or sell my info | BBC.com Help & FAQs | Content Index |

Copyright 2025 BBC. All rights reserved. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**