DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## WARRANT OF REMOVAL/DEPORTATION

Subject ID: 394179123
File No: 249 072 372
Event No: SYS2405012191
Date: September 10, 2024

**To any immigration officer of the United States Department of Homeland Security:**

CESAR ANDRES ROJO LLAMOZA
(Full name of alien)

who entered the United States at  SAN YSIDRO   on May 29, 2024
                                 (Place of entry)          (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

[X] an immigration judge in exclusion, deportation, or removal proceedings

[ ] a designated official

[ ] the Board of Immigration Appeals

[ ] a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:
212a7AiI;

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:
Salaries and Expenses, Department of Homeland Security 2025

M. 4480 HARPER
(Signature of immigration officer)

Field Office Director
(Title of immigration officer)

September 10, 2024, Winnfield, LA
(Date and office location)

Alien No: 249 072 372

To be completed by immigration officer executing the warrant: Name of alien being removed:

CESAR ANDRES ROJO LLAMOZA

**Port, date, and manner of removal:** _____



Photograph of alien removed



Right index fingerprint of alien removed

*Cesar Rojo*
(Signature of alien being fingerprinted)

J9359 CREEKMORE Deportation Officer
(Signature and title of immigration officer taking print)

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here. ☐

Departure Verified by: _____
(Signature and title of immigration officer)