| LEAVE BLANK | CRIMINAL | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|
| | FD-249 (Rev. 5-15-17) 1110-0046 | STATE USAGE NFF SECOND SUBMISSION | ☐ APPROXIMATE CLASS | ☐ AMPUTATION  ☐ SCAR | |

| STATE USAGE | LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX |
|---|---|
| | ROJO LLAMOZA, CESAR ANDRES |

| SIGNATURE OF PERSON FINGERPRINTED | SOCIAL SECURITY NO. | LEAVE BLANK |
|---|---|---|
| | | |

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| UNIVERSAL CONTROL NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| 6PH29FJW7 | | 04 22 97 | M | W | 6' 1" | 350 | BLK | BLK |

1. R. THUMB / 2. R. INDEX / 3. R. MIDDLE / 4. R. RING / 5. R. LITTLE
6. L. THUMB / 7. L. INDEX / 8. L. MIDDLE / 9. L. RING / 10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY | L. THUMB | R. THUMB | RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

**FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE**
**CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306**

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This FD-249 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes. "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it.."

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION  YES ☐ | MM DD YY | CONTRIBUTOR | |
| TREAT AS ADULT  YES ☐ | 02 02 25 | ADDRESS 4310 S Macadam Ave PORTLAND, OR 97239 | |
| | | REPLY DESIRED? YES ☐ | |
| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) MARACAIBO, VENEZUELA | COUNTRY OF CITIZENSHIP VENEZUELA |
| MISCELLANEOUS NUMBERS ALIEN-249072372 | SCARS, MARKS, TATTOOS, AND AMPUTATIONS None Indicated - None indicated or visible | | |

| RESIDENCE/COMPLETE ADDRESS | CITY | STATE |
|---|---|---|
| | | |

| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | LOCAL IDENTIFICATION/REFERENCE P002502000026 | PHOTO AVAILABLE? YES ☒ |
|---|---|---|
| | | PALM PRINTS TAKEN? YES ☐ |

| EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO. | OCCUPATION |
|---|---|

| CHARGE/CITATION | DISPOSITION |
|---|---|
| 1. 8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212 | 1. Pending |
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |

| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |
|---|---|