

Gov't Exhibit G
Page 1 of 5



Case 3:25-cr-00114-SI    Document 23-7    Filed 09/22/25    Page 2 of 5

Gov't Exhibit G





