**Rochat, Kate (USAOR)**

| | |
|---|---|
| **From:** | McCutcheon, Chatham L ███████████████████ |
| **Sent:** | Tuesday, March 4, 2025 6:18 PM |
| **To:** | Rochat, Kate (USAOR) |
| **Cc:** | Fritzler, Bonnie (USAOR) |
| **Subject:** | [EXTERNAL] Prosecution referral:  ROJO-Llamoza, Cesar Andres [ICE Custody] |
| **Attachments:** | C McCutcheon ECOMP CA1 - ECN 22703182 -redacted.pdf; CA-16 McCutcheon 2025_02_05.pdf; Dietz ECOMP CA1 - ECN 22645738 - redacted.pdf; EOIR_Order of Removal 10-Sep-2024_A249 072 372.pdf; J Peay ECOMP CA1 - ECN 22647491-redacted.pdf; I-213 A249 072 372 ROJO-Llamoza.pdf; CM__IMG_6843.JPG; CM__IMG_6838.JPG; CM__IMG_6839.JPG; JP__IMG_3628.jpg; JP__IMG_3604.jpg; JP__IMG_3606.jpg; JP__IMG_3625.jpg; MCD__IMG_2240.jpg; MCD__IMG_2231.jpg; MCD__IMG_2232.jpg; MCD__IMG_2233.jpg; MCD__IMG_2234.jpg; MCD__IMG_2235.jpg; MCD__IMG_2236.jpg; MCD__IMG_2237.jpg; MCD__IMG_2238.jpg; MCD__IMG_2239.jpg |

RE:    ROJO-Llamoza, Cesar Andres
A#    ██████████████

18 USC 111 Assault Federal Officer

Dear AUSA Rochat,

On January 26, 2025, ICE ERO & HSI received an ICE HQ tasking to locate and arrest Cesar Andres ROJO-Llamoza, a native and citizen of Venezuela, pursuant to a removal order issued by the immigration judge on September 10, 2024.

On February 2, 2025, at about 12:45pm ICE ERO Deportation Officer Melvin "Curtis" Dietz, SDDO Chatham McCutcheon, and ICE HSI Special Agent Julie Peay located ROJO-Llamoza at his residence, ████████████████ ██████ in Portland, Oregon.  DO Dietz, SDDO McCutcheon, and SA Peay to ROJO-Llamoza that they were immigration officers, that he was under arrest for immigration/removal, and to place his hands behind his back.   DO Dietz applied a handcuff to his right wrist at which time ROJO-Llamoza began to violently swing his arms in an attempt to break free.  During the struggle, ROJO-LLamoza, DO Dietz, SA Peay, and SDDO McCutcheon all fell to the ground.  SDDO McCutcheon was able to disengage and was able to deploy his taser device. When ROJO-Llamoza heard and saw the taser activate he gave up resisting without the taser being used.  DO Dietz and SA Peay handcuffed ROJO-Llamoza and placed him into the ICE transport vehicle.

During the altercation DO Dietz, SA Peay, and SDDO McCutcheon were all injured.

SA Peay's injuries consist of the following: Strained lower back and left shoulder, bruises and abrasions to both knees and right elbow, bruises to knuckles on right hand, bruised left thigh, bruises on left index finger and left ring finger.

DO Dietz's injuries consist of the following:  Scraped right knee and left elbow. Cuts/Tears on left top of hand below pinkie finger, left pointer finger near fingernail, middle top knuckles on right hand ring and middle finger.

SDDO McCutcheon's injuries consist of the following:  Strained low back, strained left elbow, contusion/abrasion right knee, abrasion left elbow, abrasion right wrist.

Respectfully,

Gov't Exhibit H
Page 1 of 2

**Chatham McCutcheon**
(Acting) Assistant Field Office Director
Seattle Field Office/Portland sub-office
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**
**Desk:** ████████████

*Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.*

Gov't Exhibit H
Page 2 of 2