SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATE A. ROCHAT, OSB #184324**
Assistant United States Attorney
Kate.rochat@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00114-SI |
| v. | MOTION TO DISMISS |
| CESAR ANDRES ROJO-LLAMOZA, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States moves to dismiss the indictment with prejudice in the interests of justice.[1]  Opposing counsel Anna Belesiotis and Chandra Peterson indicated that they do not oppose dismissal of the criminal case.

Dated:  October 24, 2025

Respectfully submitted,

SCOTT E. BRADFORD
Acting United States Attorney

s/ *Kate A. Rochat*
KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

**Motion to Dismiss**                                                                                           **Page 1**